Court of Criminal Appeals of Texas.
Dec. 6, 1950.

### Ex parte STRONG.
#### No. 25139.

Court of Criminal Appeals of Texas.
Dec. 6, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

**WOODLEY, Commissioner.**

The question involved in this appeal is identical with that in Cause No. 25137, Ex parte Van Derrick, Tex.Cr.App., 234 S. W.2d 870.

Relator having been convicted of robbery on his plea of guilty to several indictments charging such offense, the question of his right to bail has become moot.

The appeal is dismissed.

Opinion approved by the Court.